1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NYLYSHA STARVION BELAFON ARADON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>Defendants. | Case No. C20-1665-RSM-DWC<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

17
18
19
20
21
22
23
24
25
26
27
28

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. #30. Judge Christel recommends denying two Motions to Remand filed by Plaintiffs, Dkts. #20 and #22. The Court has reviewed the Objections filed by Plaintiffs, Dkt. #31, as well as the remainder of the record, finds no error in Judge Christel's legal analysis, and will adopt the R&R. Defendants' removal was procedurally proper because all Defendants timely joined in the notice of removal under the Ninth Circuit's "later-served" rule, *see* Dkt. #30 at 4 (citing *Destfino v. Reiswig*, 630 F.3d 952, 956 (9th Cir. 2011)), because Defendants cited to 28 U.S.C. § 1331 in their removal notice, *see, e.g.,* Dkt. #1, and because this Court has jurisdiction under that statute and the supplemental jurisdiction statute, 28 U.S.C. § 1367.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Given all of the above, the Court finds and ORDERS:

1.  The Report and Recommendation, Dkt. #30, is ADOPTED.

2.  Plaintiffs' Motions to Remand, Dkts. #20 and #22, are DENIED.

3.  This case is referred back to Judge Christel for further proceedings.

DATED this 22nd day of March, 2021.


RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2