UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NYLYSHA STARVION BELAFON ARADON, et al., <br><br> Plaintiff, <br><br> v. <br><br> SNOHOMISH COUNTY, et al., <br><br> Defendant. | CASE NO. 2:20-CV-1665-RSM-DWC <br><br> ORDER DENYING JOINT MOTION FOR EXTENTION OF TIME |

Presently before the Court is the parties' Joint Motion to Modify (Dkt. 59) this Court's Order Setting Trial Date and Related Dates (Dkt. 28). The motion is DENIED.

The trial is this matter is set for fifteen days, beginning March 14, 2022. The parties' motion does not seek to change this date.

The parties' proposed dispositive deadline of January 21, 2022 is too close to the trial date. The existing schedule separates the dispositive motion deadline and the trial date by more than four months in order to allow adequate time for dispositive motions to be resolved before trial; the parties' proposed dates do not allow for this.

Nevertheless, given the fact several dispositive motions are currently pending before this Court, the Court offers the parties the following options: (1) the parties may either file a new stipulated motion requesting a new trial date within 14 days from the date of this order (and be prepared to move to the end of the Court's trial calendar) or, (2) accept the following changes to the existing deadlines (with all other deadlines and trial date remaining unchanged) and file a joint response so stating within 14 days from the date of this order:

| Case Event | Proposed New Deadline |
| --- | --- |
| Last date to file motions related to discovery: | November 8, 2021 |
| Discovery Completed by: | November 22, 2021 |
| All dispositive motions and Daubert motions must be filed by: | November 29, 2021 |
| Mediation per LCR 39.1(c), if requested by the parties, held no later than: | February 10, 2022 |

IT IS SO ORDERED.

Dated this 9th day of September, 2021.

David W. Christel
United States Magistrate Judge