UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NYLYSHA STARVION BELAFON ARADON, et al., | CASE NO. 2:20-CV-1665-RSM-DWC |
| Plaintiff, | SECOND AMENDED SCHEDULING ORDER |
| v. | |
| SNOHOMISH COUNTY, et al., | |
| Defendant. | |

Presently before the Court is the parties' Joint Motion to Continue Trial Date. Dkt. 62. The motion is granted and a fifteen-day jury trial is scheduled to begin on **May 2, 2022 at 9:00 a.m. before the Honorable Ricardo S. Martinez, Courtroom 13206** with the following amended pretrial schedule:

| Case Event | Proposed New Deadline |
|---|---|
| Last date to file motions related to discovery: | December 10, 2021 |
| Discovery Completed by: | December 31, 2021 |
| All dispositive motions and *Daubert* motions must be filed by: | January 20, 2022 |

SECOND AMENDED SCHEDULING ORDER - 1

| | |
|---|---|
| Mediation per LCR 39.1(c), if requested by the parties, held no later than: | March 4, 2022 |
| All motions in limine must be filed by this date and noted on the motion calendar no later than the THIRD Friday after filing.<br><br>Motions in limine raised in trial briefs will not be considered. | April 1, 2022 |
| Agreed LCR 16.1 Pretrial Order due | April 20, 2022 |
| Pretrial conference | To be set by the Court |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | April 27, 2022 |

All other portions of the Order Setting Trial Date and Related Dates (Dkt. 28) remain in full force and effect.

IT IS SO ORDERED.

Dated this 23rd day of September, 2021.

_____
David W. Christel
United States Magistrate Judge