UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NYLYSHA STARVION BELAFON ARADON, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>Defendant. | CASE NO. 2:20-CV-1665-RSM-DWC<br><br>ORDER RE: MISCELLANEOUS MOTIONS |

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Several motions are presently pending before the Court, including Plaintiff's Motion to Correct the Surname Spelling of the Guardian Ad Litem (Dkt. 81), Defendant Walker's Motion to file an Overlength Motion for Summary Judgment (Dkt. 83), and Defendants Snohomish County and Di Vittorio's Motion to file an Overlength Motion for Summary Judgment (Dkt. 84).

Plaintiff's Motion to Correct the Surname Spelling of the Guardian Ad Litem (Dkt. 81) is GRANTED, and the Court takes notice that the correct spelling is: Jo-Hanna Read.

Defendant Walker seeks an additional seven pages to present her Motion for Summary Judgment (Dkt. 83) and Defendants Snohomish County and Di Vittorio seeks an additional eight pages to present their Motion for Summary Judgment (Dkt. 84). Their motions are GRANTED as follows:

- Defendants Walker, Snohomish County, and Di Vittorio are permitted to file Opening Briefs of up to 32 pages in length;
- Plaintiffs are permitted to file a Responsive Brief of up to 32 pages in length;
- Defendants Walker, Snohomish County, and Di Vittorio are permitted to file a Reply Brief of up to one-half the total length of Plaintiff's Responsive Brief.

IT IS SO ORDERED.

Dated this 18th day of January, 2022.

David W. Christel
United States Magistrate Judge