The Honorable Ricardo S. Martinez
The Honorable David W. Christel

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

| | |
|---|---|
| NYLYSHA STARVION BELAFON ARADON, CAREY ALLEN HAYES, A.H., a minor, A.L., a minor,<br><br>Plaintiffs,<br>v.<br><br>SNOHOMISH COUNTY and its SNOHOMISH COUNTY SUPERIOR COURT, and the SNOHOMISH COUNTY VOLUNTEER GUARDIAN AD LITEM PROGRAM; SUSAN WALKER and JOHN DOE WALKER, individually and the marital community; KIRSTEN HAUGEN and JOHN DOE HAUGEN, individually and the marital community; and, SARA DI VITTORIO and JOHN DOE DI VITTORIO, individually and the martial community,<br><br>Defendants. | NO. 2:20-CV-01665-RSM-DWC<br><br>STIPULATION AND ORDER TO FILE DECLARATION OF SUSAN WALKER WITH ATTACHED EXHIBITS UNDER SEAL<br><br>**NOTE ON MOTION CALENDAR:** January 20, 2022 |

### I.     STIPULATION

The parties, through counsel of record, agree as follows:

1.     Defendant Susan Walker will be bringing a motion for summary judgment in which she relies, in part, on documents which were filed in the underlying Snohomish County Superior Court dependency matter as Exhibits A-K. Because the content of Ms. Walker's declaration and the attached exhibits are related to the underlying dependency, the parties

---

STIPULATION AND ORDER TO FILE
DECLARATION OF SUSAN WALKER WITH
ATTACHED EXHIBITS UNDER SEAL
NO. 2:20-CV-01665-RSM-DWC

1

**Freimund Tardif, PLLC**
711 Capitol Way South, Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Fax: (360) 534-9959

1  stipulate that they should be filed with the Court under seal. Accordingly, the parties hereby jointly move the Court for an order permitting Ms. Walker's declaration with Exhibits A-K to be filed under seal.

2. The parties have conferred as required by LCR 5(g)(3)(A). The conference occurred telephonically and via e-mail with all parties' counsel on January 19, 2022. The parties agree that because the documents attached to Ms. Walker's declaration were filed in the underlying dependency and contain confidential information about the Plaintiffs, they need to be filed under seal in relation to Defendant Walker's motion. Redaction of the parents' names from the documents is insufficient to ensure confidentiality as they are already identified as the parties involved in the dependency in the Complaint.

3. LCR 5.2(a) requires the redaction of "personal data identifies from all documents filed with the court or use as exhibit." LCR 5.2(a)(2) specifically mandates redaction of personal identifiers such as the names of minor children. Washington law likewise limits the release of information obtained for use in child custody hearings. RCW 13.50.100. Consistent with these requirements, the documents filed in the underlying dependency matter should be filed under seal.

IT IS SO STIPULATED.

DATED this 20th day of January, 2022.

//

//

//

//

STIPULATION AND ORDER TO FILE
DECLARATION OF SUSAN WALKER WITH
ATTACHED EXHIBITS UNDER SEAL
NO. 2:20-CV-01665-RSM-DWC

2

Freimund Tardif, PLLC
711 Capitol Way South, Suite 602
Olympia, WA 98501
Telephone: (360) 534-9960
Fax: (360) 534-9959

| | |
|---|---|
| FREIMUND TARDIF, PLLC | BUNDY LAW GROUP, PLLC |
| *s/ Allison Croft* | *s/ Kristofer John Bundy* |
| Allison Croft, WSBA #30486 | Kristofer John Bundy, WSBA # 19840 |
| Chia-yu Chiang, WSBA #50676 | P.O. Box 2543 |
| 711 Capitol Way South, Suite 602 | Bellingham, WA 98227 |
| Olympia, WA 98501 | kris@bundylawgroup.com |
| allison@ftlawoffice.com | *Attorney for Defendant Kristen Haugen* |
| chia-yu@ftlawoffice.com | |
| *Attorneys for Defendant Susan Walker* | |
| KEATING, BUCKLIN & MCCORMACK, INC. P.S. | LAW OFFICE OF MICHAEL WITHEY |
| *s/ Shannon M. Ragonesi* | |
| Shannon M. Ragonesi, WSBA # 31951 | Michael E. Withey, WSBA #4787 |
| Audrey M. Airut Murphy, WSBA # 56833 | Two Union Square |
| 801 Second Avenue, Suite 1210 | 601 Union St., Ste 4200 |
| Seattle, WA 98104 | Seattle WA 98101 |
| sragonesi@kbmlawyers.com; | mike@witheylaw.com |
| amurphy@kbmlawyers.com | *Attorneys for Plaintiffs* |
| sdamianick@kbmlawyers.com | |
| lmartin@kbmlawyers.com | |
| *Attorneys for Defendant Snohomish County and Sara Di Vittorio and John Doe Di Vittorio* | |
| KORNFELD TRUDELL BOWEN LINGENBRINK PLLC | |
| *s/ Patrick A. Trudell* | |
| Patrick A. Trudell, WSBA # 11363 | |
| Robert Scott Bowen, WSBA # 10605 | |
| 4055 Lake Washington Blvd NE, Suite 240 | |
| Kirkland, WA 98033 | |
| patrick@ktbllaw.com; | |
| scott@ktbllaw.com; | |
| barbara@ktbllaw.com; | |
| megan@ktbllaw.com | |
| *Attorneys for Plaintiffs* | |

STIPULATION AND ORDER TO FILE DECLARATION OF SUSAN WALKER WITH ATTACHED EXHIBITS UNDER SEAL
NO. 2:20-CV-01665-RSM-DWC

3

**Freimund Tardif, PLLC**
**711 Capitol Way South, Suite 602**
**Olympia, WA 98501**
**Telephone: (360) 534-9960**
**Fax: (360) 534-9959**

**ORDER**

The Court has reviewed the Stipulation of the parties. Now, therefore, IT IS HEREBY ORDERED that the stipulation is APPROVED.

It is further ORDERED that Susan Walker's Declaration in Support of Her Renewed Motion for Summary Judgment along with Exhibits A-K, are hereby SEALED.

Dated this _____ day of January, 2022.

_____
DAVID W. CHRISTEL
UNITED STATES DISTRICT COURT JUDGE

| Presented by: | Copy received, approved as to form: |
|---|---|
| FREIMUND TARDIF, PLLC | BUNDY LAW GROUP, PLLC |
| *s/ Allison Croft* | *s/ Kristofer John Bundy* |
| Allison Croft, WSBA #30486 | Kristofer John Bundy, WSBA # 19840 |
| Chia-yu Chiang, WSBA #50676 | P.O. Box 2543 |
| 711 Capitol Way South, Suite 602 | Bellingham, WA 98227 |
| Olympia, WA 98501 | kris@bundylawgroup.com |
| allison@ftlawoffice.com | *Attorney for Defendant Kristen Haugen* |
| chia-yu@ftlawoffice.com | |
| *Attorneys for Defendant Susan Walker* | |

STIPULATION AND ORDER TO FILE DECLARATION OF SUSAN WALKER WITH ATTACHED EXHIBITS UNDER SEAL
NO. 2:20-CV-01665-RSM-DWC

4

**Freimund Tardif, PLLC**
**711 Capitol Way South, Suite 602**
**Olympia, WA 98501**
**Telephone: (360) 534-9960**
**Fax: (360) 534-9959**

| | |
|---|---|
| Copy received, approved as to form: | Copy received, approved as to form: |
| KEATING, BUCKLIN & MCCORMACK, INC. P.S. | LAW OFFICE OF MICHAEL WITHEY |
| *s/ Shannon M. Ragonesi* | |
| Shannon M. Ragonesi, WSBA # 31951<br>Audrey M. Airut Murphy, WSBA # 56833<br>801 Second Avenue, Suite 1210<br>Seattle, WA 98104<br>sragonesi@kbmlawyers.com;<br>amurphy@kbmlawyers.com<br>sdamianick@kbmlawyers.com<br>lmartin@kbmlawyers.com<br>*Attorneys for Defendant Snohomish County and Sara Di Vittorio and John Doe Di Vittorio* | Michael E. Withey, WSBA #4787<br>Two Union Square<br>601 Union St., Ste 4200<br>Seattle WA 98101<br>mike@witheylaw.com<br>*Attorneys for Plaintiffs* |

Copy received, approved as to form:

KORNFELD TRUDELL BOWEN LINGENBRINK PLLC

*s/ Patrick A. Trudell*

Patrick A. Trudell, WSBA # 11363
Robert Scott Bowen, WSBA # 10605
4055 Lake Washington Blvd NE, Suite 240
Kirkland, WA 98033
patrick@ktbllaw.com;
scott@ktbllaw.com;
barbara@ktbllaw.com;
megan@ktbllaw.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO FILE DECLARATION OF SUSAN WALKER WITH ATTACHED EXHIBITS UNDER SEAL
NO. 2:20-CV-01665-RSM-DWC

5

**Freimund Tardif, PLLC**
**711 Capitol Way South, Suite 602**
**Olympia, WA 98501**
**Telephone: (360) 534-9960**
**Fax: (360) 534-9959**

# CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2022, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Michael E. Withey | Kristofer John Bundy, WSBA # 19840 |
| Law Office of Michael Withey | Bundy Law Group, PLLC |
| Two Union Square | P.O. Box 2543 |
| 601 Union St., Ste 4200 | Bellingham, WA 98227 |
| Seattle WA 98101 | kris@bundylawgroup.com |
| mike@witheylaw.com | *Attorney for Defendant Kristen Haugen* |

Patrick A. Trudell
Robert Scott Bowen
Kornfeld Trudell Bowen Lingenbrink PLLC
4055 Lake Washington Blvd NE, Suite 240
Kirkland, WA 98033
patrick@ktbllaw.com
scott@ktbllaw.com
barbara@ktbllaw.com
megan@ktbllaw.com
*Attorneys for Plaintiffs*

Shannon M. Ragonesi,
Audrey M. Airut Murphy
Keating, Bucklin & McCormack, Inc. P.S.
801 Second Avenue, Suite 1210
Seattle, WA 98104
sragonesi@kbmlawyers.com;
amurphy@kbmlawyers.com
sdamianick@kbmlawyers.com
lmartin@kbmlawyers.com
*Attorneys for Defendant Snohomish County*

DATED this 20th day of January, 2022.

                                                   s/Erika Summers
                                                 Paralegal

STIPULATION AND ORDER TO FILE
DECLARATION OF SUSAN WALKER WITH
ATTACHED EXHIBITS UNDER SEAL
NO. 2:20-CV-01665-RSM-DWC

6

**Freimund Tardif, PLLC**
**711 Capitol Way South, Suite 602**
**Olympia, WA 98501**
**Telephone: (360) 534-9960**
**Fax: (360) 534-9959**