UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NYLYSHA STARVION BELAFON ARADON, et al.,

Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

Defendant.

CASE NO. 2:20-CV-1665-RSM-DWC

ORDER

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Several motions are presently pending before the Court, including Plaintiff's Motion to Continue the three pending Summary Judgment Motions and Compel Discovery (Dkt. 95).

The Court must decide the Motion to Continue before turning to the pending Motions for Summary Judgment. Therefore, the Court directs the Clerk to terminate the current noting dates on the three pending Motions for Summary Judgment (Dkt. 86, 88, 91). The Court will not accept additional briefing on these motions at this time. Following resolution of the Motion to Continue the Court will set a briefing schedule and re-note the Motions for Summary Judgment.

ORDER - 1

Pursuant to Local Civil Rule 7(d)(3), defendants are directed to file responses to Plaintiff's Motion to Continue (Dkt. 95) no later than Monday, February 7, 2022, and Plaintiff shall file any reply papers no later than February 11, 2022.

IT IS SO ORDERED.

Dated this 2nd day of February, 2022.

David W. Christel
United States Magistrate Judge

ORDER - 2