1
2
3
4
5                                                    The Honorable Ricardo S. Martinez
                                                     The Honorable David W. Christel
6
7              **UNITED STATES DISTRICT COURT**
               **WESTERN DISTRICT OF WASHINGTON**
                        **AT SEATTLE**
8
9   NYLYSHA STARVION BELAFON              NO.  2:20-CV-01665-RSM-DWC
    ARADON, CAREY ALLEN HAYES, A.H.,
10  a minor, A.L., a minor,
                                          STIPULATION AND ORDER TO
11                  Plaintiffs,           FILE DECLARATION OF SUSAN
                                          WALKER WITH ATTACHED
    v.                                    EXHIBITS UNDER SEAL
12
    SNOHOMISH COUNTY and its              **NOTE ON MOTION**
13  SNOHOMISH COUNTY SUPERIOR             **CALENDAR:**  January 20, 2022
    COURT, and the SNOHOMISH COUNTY
14  VOLUNTEER GUARDIAN AD LITEM
    PROGRAM; SUSAN WALKER and JOHN
15  DOE WALKER, individually and the
    marital community; KIRSTEN HAUGEN
16  and JOHN DOE HAUGEN, individually and
    the marital community; and, SARA DI
17  VITTORIO and JOHN DOE DI
    VITTORIO, individually and the martial
18  community,

19                  Defendants.

20
                         **I.    STIPULATION**
21
        The parties, through counsel of record, agree as follows:
22
        1.      Defendant Susan Walker will be bringing a motion for summary judgment in
23
    which she relies, in part, on documents which were filed in the underlying Snohomish County
24
    Superior Court dependency matter as Exhibits A-K. Because the content of Ms. Walker's
25
    declaration and the attached exhibits are related to the underlying dependency, the parties
26

**Freimund Tardif, PLLC**
**711 Capitol Way South, Suite 602**
**Olympia, WA  98501**
**Telephone: (360) 534-9960**
**Fax: (360) 534-9959**

1    stipulate that they should be filed with the Court under seal. Accordingly, the parties hereby

2    jointly move the Court for an order permitting Ms. Walker's declaration with Exhibits A-K to

3    be filed under seal.

4           2.      The parties have conferred as required by LCR 5(g)(3)(A). The conference

5    occurred telephonically and via e-mail with all parties' counsel on January 19, 2022. The parties

6    agree that because the documents attached to Ms. Walker's declaration were filed in the

7    underlying dependency and contain confidential information about the Plaintiffs, they need to

8    be filed under seal in relation to Defendant Walker's motion. Redaction of the parents' names

9    from the documents is insufficient to ensure confidentiality as they are already identified as the

10   parties involved in the dependency in the Complaint.

11          3.      LCR 5.2(a) requires the redaction of "personal data identifies from all documents

12   filed with the court or use as exhibit." LCR 5.2(a)(2) specifically mandates redaction of personal

13   identifiers such as the names of minor children. Washington law likewise limits the release of

14   information obtained for use in child custody hearings. RCW 13.50.100. Consistent with these

15   requirements, the documents filed in the underlying dependency matter should be filed under

16   seal.

17         IT IS SO STIPULATED.

18         DATED this 20th day of January, 2022.

19   //

20

21   //

22

23   //

24

25   //

26

STIPULATION AND ORDER TO FILE             2               **Freimund Tardif, PLLC**
DECLARATION OF SUSAN WALKER WITH                     **711 Capitol Way South, Suite 602**
ATTACHED EXHIBITS UNDER SEAL                        **Olympia, WA  98501**
NO.  2:20-CV-01665-RSM-DWC                          **Telephone: (360) 534-9960**
                                                  **Fax: (360) 534-9959**

| | |
|---|---|
| 1 | FREIMUND TARDIF, PLLC |
| 2 | |
| 3 | *s/ Allison Croft*_____ |
|   | Allison Croft, WSBA #30486 |
| 4 | Chia-yu Chiang, WSBA #50676 |
|   | 711 Capitol Way South, Suite 602 |

FREIMUND TARDIF, PLLC

*s/ Allison Croft*_____
Allison Croft, WSBA #30486
Chia-yu Chiang, WSBA #50676
711 Capitol Way South, Suite 602
Olympia, WA  98501
allison@ftlawoffice.com
chia-yu@ftlawoffice.com
*Attorneys for Defendant Susan Walker*

KEATING, BUCKLIN & MCCORMACK, INC. P.S.

*s/ Shannon M. Ragonesi*_____
Shannon M. Ragonesi, WSBA # 31951
Audrey M. Airut Murphy, WSBA # 56833
801 Second Avenue, Suite 1210
Seattle, WA 98104
sragonesi@kbmlawyers.com;
amurphy@kbmlawyers.com
sdamianick@kbmlawyers.com
lmartin@kbmlawyers.com
*Attorneys for Defendant Snohomish County and Sara Di Vittorio and John Doe Di Vittorio*

KORNFELD TRUDELL BOWEN LINGENBRINK PLLC

*s/ Patrick A. Trudell*_____
Patrick A. Trudell, WSBA # 11363
Robert Scott Bowen, WSBA # 10605
4055 Lake Washington Blvd NE, Suite 240
Kirkland, WA 98033
patrick@ktbllaw.com;
scott@ktbllaw.com;
barbara@ktbllaw.com;
megan@ktbllaw.com
*Attorneys for Plaintiffs*

BUNDY LAW GROUP, PLLC

*s/ Kristofer John Bundy*_____
Kristofer John Bundy, WSBA # 19840
P.O. Box 2543
Bellingham, WA 98227
kris@bundylawgroup.com
*Attorney for Defendant Kristen Haugen*

LAW OFFICE OF MICHAEL WITHEY

_____
Michael E. Withey, WSBA #4787
Two Union Square
601 Union St., Ste 4200
Seattle WA 98101
mike@witheylaw.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO FILE
DECLARATION OF SUSAN WALKER WITH
ATTACHED EXHIBITS UNDER SEAL
NO.  2:20-CV-01665-RSM-DWC

3

1

**ORDER**

2          The Court has reviewed the Stipulation of the parties. Now, therefore, IT IS HEREBY

3    ORDERED that the stipulation is APPROVED.

4          It is further ORDERED that the Declaration of Susan Walker in Support of her Renewed

5    Motion for Summary Judgment and Exhibits (Dkt. 94) are to remain SEALED.

6

7          Dated this 15th day of February, 2022.

8

9

10

11                                              David W. Christel
                                                United States Magistrate Judge
12

13
     .
     Presented by:                              Copy received, approved as to form:
14

15   FREIMUND TARDIF, PLLC                      BUNDY LAW GROUP, PLLC

16
     s/ Allison Croft                           s/ Kristofer John Bundy
17   Allison Croft, WSBA #30486                 Kristofer John Bundy, WSBA # 19840
     Chia-yu Chiang, WSBA #50676                P.O. Box 2543
18   711 Capitol Way South, Suite 602           Bellingham, WA 98227
     Olympia, WA  98501                         kris@bundylawgroup.com
19   allison@ftlawoffice.com                    Attorney for Defendant Kristen Haugen
     chia-yu@ftlawoffice.com
20   Attorneys for Defendant Susan Walker

21

22

23

24

25

26
     STIPULATION AND ORDER TO FILE                    4          **Freimund Tardif, PLLC**
     DECLARATION OF SUSAN WALKER WITH                          **711 Capitol Way South, Suite 602**
     ATTACHED EXHIBITS UNDER SEAL                                    **Olympia, WA  98501**
     NO.  2:20-CV-01665-RSM-DWC                                **Telephone: (360) 534-9960**
                                                                  **Fax: (360) 534-9959**

Copy received, approved as to form:

KEATING, BUCKLIN & MCCORMACK, INC. P.S.


*s/ Shannon M. Ragonesi*
Shannon M. Ragonesi, WSBA # 31951
Audrey M. Airut Murphy, WSBA # 56833
801 Second Avenue, Suite 1210
Seattle, WA 98104
sragonesi@kbmlawyers.com;
amurphy@kbmlawyers.com
sdamianick@kbmlawyers.com
lmartin@kbmlawyers.com
*Attorneys for Defendant Snohomish County and Sara Di Vittorio and John Doe Di Vittorio*

Copy received, approved as to form:

KORNFELD TRUDELL BOWEN LINGENBRINK PLLC


*s/ Patrick A. Trudell*
Patrick A. Trudell, WSBA # 11363
Robert Scott Bowen, WSBA # 10605
4055 Lake Washington Blvd NE, Suite 240
Kirkland, WA 98033
patrick@ktbllaw.com;
scott@ktbllaw.com;
barbara@ktbllaw.com;
megan@ktbllaw.com
*Attorneys for Plaintiffs*

Copy received, approved as to form:

LAW OFFICE OF MICHAEL WITHEY


Michael E. Withey, WSBA #4787
Two Union Square
601 Union St., Ste 4200
Seattle WA 98101
mike@witheylaw.com
*Attorneys for Plaintiffs*

STIPULATION AND ORDER TO FILE
DECLARATION OF SUSAN WALKER WITH
ATTACHED EXHIBITS UNDER SEAL
NO.  2:20-CV-01665-RSM-DWC

5

**Freimund Tardif, PLLC**
**711 Capitol Way South, Suite 602**
**Olympia, WA  98501**
**Telephone: (360) 534-9960**
**Fax: (360) 534-9959**

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on January 20, 2022, I caused to be electronically filed the foregoing
document with the Clerk of the Court using the CM/ECF system which will send notification
of such filing to the following:

3

4

Michael E. Withey                                    Kristofer John Bundy, WSBA # 19840
Law Office of Michael Withey                          Bundy Law Group, PLLC

5

Two Union Square                                     P.O. Box 2543

6

601 Union St., Ste 4200                              Bellingham, WA 98227
Seattle WA 98101                                     kris@bundylawgroup.com

7

mike@witheylaw.com                                   *Attorney for Defendant Kristen Haugen*

8

Patrick A. Trudell

9

Robert Scott Bowen
Kornfeld Trudell Bowen Lingenbrink PLLC

10

4055 Lake Washington Blvd NE, Suite 240
Kirkland, WA 98033

11

patrick@ktbllaw.com

12

scott@ktbllaw.com
barbara@ktbllaw.com

13

megan@ktbllaw.com
*Attorneys for Plaintiffs*

14

15

Shannon M. Ragonesi,
Audrey M. Airut Murphy

16

Keating, Bucklin & McCormack, Inc. P.S.
801 Second Avenue, Suite 1210

17

Seattle, WA 98104
sragonesi@kbmlawyers.com;

18

amurphy@kbmlawyers.com
sdamianick@kbmlawyers.com

19

lmartin@kbmlawyers.com
*Attorneys for Defendant Snohomish County*

20

21

DATED this 20th day of January, 2022.

22

23

s/Erika Summers
Paralegal

24

25

26

STIPULATION AND ORDER TO FILE                    6                **Freimund Tardif, PLLC**
DECLARATION OF SUSAN WALKER WITH                                  **711 Capitol Way South, Suite 602**
ATTACHED EXHIBITS UNDER SEAL                                      **Olympia, WA  98501**
NO.  2:20-CV-01665-RSM-DWC                                        **Telephone: (360) 534-9960**
                                                                 **Fax: (360) 534-9959**