UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NYLYSHA STARVION BELAFON ARADON, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>  Defendants. | CASE NO. 2:20-CV-1665-RSM-DWC<br><br>THIRD AMENDED SCHEDULING ORDER |

For the reasons discussed on the record during the March 8, 2022 hearing in this case, the Court *sua sponte* ordered the previous trial date of May 2, 2022 to be stricken and the trial date to be continued.

A fifteen-day jury trial is now rescheduled to begin on **September 19, 2022**, before the Honorable Ricardo S. Martinez, Courtroom 13206 with the following amended pretrial schedule:

| Case Event | Proposed New Deadline |
|---|---|
| Mediation per LCR 39.1(c), if requested by the parties, held no later than: | July 11, 2022 |

| All motions in limine must be filed by this date and noted on the motion calendar no later than the THIRD Friday after filing.<br><br>Motions in limine raised in trial briefs will not be considered. | August 22, 2022 |
|---|---|
| Agreed LCR 16.1 Pretrial Order due | September 7, 2022 |
| Pretrial conference | To be set by the Court |
| Trial briefs, proposed voir dire, jury instructions and exhibits by | September 14, 2022 |

All other portions of the previous Orders Setting Trial Date and Related Dates (Dkt. 28, 63) remain in full force and effect.

IT IS SO ORDERED.

Dated this 9th day of March, 2022.

*[signature]*

David W. Christel
United States Magistrate Judge