UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NYLYSHA STARVION BELAFON ARADON, et al.,

Plaintiff,

v.

SNOHOMISH COUNTY, et al.,

Defendant.

CASE NO. 2:20-CV-1665-RSM-DWC

ORDER RE: GUARDIAN AD LITEM FUNDING

On August 11, 2021 the Court granted Plaintiff's motion (Dkt. 40) to appoint Jo-Hanna Read to serve as guardian ad litem to minor Plaintiff A.H. (Dkt. 45). Plaintiffs' motion indicated that Ms. Read "should be authorized to charge for services for her usual hourly fee at the time the services are rendered subject to approval by the court." Dkt. 40 at 4.

In addition, Plaintiff's motion to appoint a guardian ad litem for A.L. (Dkt. 153) is currently pending before this Court. That motion similarly indicates that if the Court appoints proposed guardian ad litem Bruce Wolf to represent A.L., Mr. Wolf "should be authorized to charge for services for his usual hourly fee at the time the services are rendered subject to approval by the court." Dkt. 153 at 3.

ORDER RE: GUARDIAN AD LITEM FUNDING - 1

Plaintiffs' Counsel is directed to provide the Court with no more than two pages of supplemental briefing by 5 p.m. Monday, June 6, 2022, explaining the funding source from which guardian ad litem fees in this case would be paid.

Dated this 2nd day of June, 2022.

*David W. Christel*
United States Magistrate Judge