1

2

3

4

5

6                                UNITED STATES DISTRICT COURT
                            WESTERN DISTRICT OF WASHINGTON
7                                        AT TACOMA

8       NYLYSHA STARVION BELAFON
        ARADON, et al.,
9                                                   CASE NO. 2:20-CV-1665-RSM-DWC

10                       Plaintiff,                 ORDER STRIKING MOTIONS FOR
                                                    SUMMARY JUDGMENT FROM THE
11          v.                                      COURT'S CALENDAR AND
                                                    RESETTING TRIAL DATE
12      SNOHOMISH COUNTY, et al.,

                         Defendant.
13

14          On today's date, June 10, 2022, the Court appointed a guardian ad litem (GAL)—Bruce

15   Wolf—for minor Plaintiff A.L.. Dkt. 161. As a result of appointing a GAL at this stage of the

16   proceedings the Court has also directed Mr. Wolf to file a status report regarding whether

17   additional discovery is necessary in this case. To allow the Court adequate time to consider Mr.

18   Wolf's status report and any subsequent motion to reopen discovery the Court finds the pending

19   Motions for Summary Judgment (Dkts. 86, 88, 91) should be stricken from the Court's calendar

20   and the trial date should be reset.

21          **I.      Motions for Summary Judgment (Dkts. 86, 88, 91)**

22          The Court has now appointed Mr. Wolf as GAL to minor Plaintiff A.L. with permission

23   to consider whether additional discovery is necessary for A.L. to adequately respond to the

24

1  pending motions for summary judgment. Therefore, the Court finds the Motions for Summary

2  Judgment (Dkts. 86, 88, 91) should be stricken from the Court's calendar. After consideration of

3  Mr. Wolf's status report and any concomitant discovery motions, the Court will take appropriate

4  action regarding re-noting the Motions for Summary Judgment (Dkts. 86, 99, 91).

5  **II.      Resetting Trial Date and Pretrial Dates**

6  Additionally, in light of the fact minor Plaintiff A.H.'s GAL, Ms. Read, has indicated that

7  A.H.'s reunification with her biological parents is "imminent" and that she should not be

8  interviewed, examined or deposed until that happens (*see* Dkt. 100 at 13-14), resetting the trial

9  date to accommodate A.H.'s needs will likely have a positive impact on the proceedings.

10  Therefore, the Court finds it is appropriate to reset the trial to April 17, 2023 to ensure adequate

11  time to resolve all pretrial matters.

12  **III.     Conclusion**

13  In light of the Order Granting Plaintiffs' Motion to Appoint Guardian Ad Litem for A.L.

14  and the forthcoming status report from Mr. Wolf, the Motions for Summary Judgment (Dkts. 86,

15  88, 91) are stricken from the Court's calendar and the trial date is reset to April 17, 2023. The

16  Court will enter a separate order amending the scheduling order after consideration of Mr.

17  Wolf's status report.

18  The Clerk is directed to remove the Motions for Summary Judgment (Dkts. 86, 88, 91) as

19  pending motions on the docket.

20  Dated this 10th day of June, 2022.

21

22

David W. Christel
United States Magistrate Judge

23

24

ORDER STRIKING MOTIONS FOR SUMMARY
JUDGMENT FROM THE COURT'S CALENDAR
AND RESETTING TRIAL DATE - 2