UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NYLYSHA STARVION BELAFON ARADON, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>Defendant. | CASE NO. 2:20-CV-1665-RSM-DWC<br><br>ORDER RE MISCELLANEOUS MOTIONS |

The District Court referred this action, filed pursuant to 42 U.S.C. § 1983, to United States Magistrate Judge David W. Christel. Two motions are presently pending before the Court: Defendants Snohomish County and Di Vittorio's Motion to file an Overlength Motion for Summary Judgment (Dkt. 183) and Defendant Walker's Motion to file an Overlength Motion for Summary Judgment (Dkt. 184).

Defendants Snohomish County and Di Vittorio seek an additional nine pages to present their Motion for Summary Judgment (Dkt. 183). Defendant Walker also seeks an additional nine pages to present her Motion for Summary Judgment (Dkt. 184). Their motions are GRANTED as follows:

- Defendants Walker, Snohomish County, and Di Vittorio are permitted to file Opening Briefs of up to 33 pages in length;

- Plaintiffs are permitted to file a Responsive Brief of up to 33 pages in length;

- Defendants Walker, Snohomish County, and Di Vittorio are permitted to file a Reply Brief of up to one-half the total length of Plaintiffs' Responsive Brief.

IT IS SO ORDERED.

Dated this 11th day of October, 2022.

David W. Christel
United States Magistrate Judge

ORDER RE MISCELLANEOUS MOTIONS - 2