UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NYLYSHA STARVION BELAFON ARADON, et al.,<br><br>Plaintiff,<br><br>v.<br><br>SNOHOMISH COUNTY, et al.,<br><br>Defendant. | CASE NO. 2:20-CV-1665-RSM-DWC<br><br>ORDER RE: OVERLENGTH BRIEFS |

This matter having come before the Court on Defendants' Motions to File Overlength Responses (Dkts. 207, 208) to Plaintiffs' Renewed Motion for Sanctions for Spoliation of Evidence (Dkt. 186). The Court finds itself fully informed and therefore GRANTS Defendants' Motions (Dkts. 207, 208).

**IT IS SO ORDERED.**

Dated this 17th day of November, 2022.

David W. Christel
United States Magistrate Judge

ORDER RE: OVERLENGTH BRIEFS - 1