1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

8
9

10   NYLYSHA STARVION BELAFON
     ARADON, et al.,

11                                              CASE NO. 2:20-CV-1665-RSM-DWC
                      Plaintiffs,
12                                              ORDER SETTING BRIEFING
                                                SCHEDULE
         v.
13
     SNOHOMISH COUNTY, et al.,
14
                      Defendants.
15

16       On January 11, 2023, the Court denied-in-part, granted-in-part, and deferred-in-part

17   Plaintiffs' Motion requesting sanctions for spoliation of evidence. The Court found the evidence

18   showed spoliation occurred by Defendant Snohomish County ("the County") with regard to

19   Volunteer Guardian ad Litem ("VGAL") Brook's lost and/or destroyed electronically stored

20   information ("ESI"). Dkt. 232. The Court is setting a hearing to determine appropriate sanctions

21   and finds briefing will assist oral argument.

22       Accordingly, the parties are directed to provide briefing only as to the issue of

23   appropriate sanctions based on the spoliation of VGAL Brook's lost and/or destroyed ESI by the

24   County as follows:

ORDER SETTING BRIEFING SCHEDULE - 1

- Plaintiffs shall file an opening brief limited to ten (10) pages on or before January 23, 2023;

- The County shall file a response brief limited to ten (10) pages on or before January 31, 2023.

- All other Defendants may file response briefs limited to five (5) pages on or before January 31, 2023.

- Plaintiffs may file an optional reply brief limited to five (5) pages on or before February 3, 2023.

Dated this 13th day of January, 2023.

David W. Christel
United States Magistrate Judge

ORDER SETTING BRIEFING SCHEDULE - 2