Honorable Ricardo S. Martinez
Honorable David W. Christel

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

A.H., a minor,

                    Plaintiff

vs.

SNOHOMISH COUNTY and its SNOHOMISH
COUNTY SUPERIOR COURT, and the
SNOHOMISH COUNTY VGAL PROGRAM

                    Defendant

No. 2:20-cv-01665-RSM

STIPULATION AND ORDER
TO FILE EXHIBITS UNDER
SEAL

Noting Date: **APRIL 4, 2023**

## I.      STIPULATION

The parties, through counsel of record, agree as follows:

1.      The parties will be filing responses to each other's Motions in Limine, which rely upon trial exhibits identified by the parties in their proposed pretrial order.  Because the content of the exhibits are related to the underlying dependency, the parties stipulate that they should be filed with the Court under seal.  Accordingly, the parties jointly move the court for an order permitting these exhibits to be filed under seal.

STIPULATION AND ORDER TO FILE EXHIBITS
UNDER SEAL - 1

**KORNFELD TRUDELL BOWEN &
LINDQUIST, PLLC**
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
425.822.2200 Telephone
425.822-0783 Fax

2.      The parties have conferred as required by LCR 5(g)(3)(A).   The conference occurred telephonically and by email.   The parties agree that because the documents were filed in the underlying dependency and contain confidential information, they need to be filed under seal in relation to responses to motions in limine.

3.      RCW 13.50.100 limits the release of information obtained for use in child custody hearings.   Consistent with these requirements, the documents filed in the underlying dependency matter should be filed under seal.

DATED this 3rd day of April, 2023.

KORNFELD TRUDELL BOWEN          LAW OFFICE OF MICHAEL WITHEY
    & LINDQUIST, PLLC


/s/ Patrick A. Trudell                 /s/ Michael Withey
Patrick A. Trudell, WSBA #11363      Michael Withey, WSBA No. 4787
Attorney for Plaintiff                 Attorney for Plaintiff


KEATING, BUCKLIN & McCORMACK, INC.


/s/ Shannon Ragonesi, email authorization
Shannon Ragonesi, WSBA #31951
Audrey Airut Murphy, WSBA #56833
Attorneys for Defendants

**ORDER**

The Court has reviewed the Stipulation of the parties.  Now, therefore, IT IS HEREBY ORDERED that the stipulation is APPROVED.

STIPULATION AND ORDER TO FILE EXHIBITS
UNDER SEAL - 2

**KORNFELD TRUDELL BOWEN &
LINDQUIST, PLLC**
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
425.822-2200 Telephone
425.822-0783 Fax

It is further ORDERED that the exhibits identified in plaintiff's response to defendant's Motions in Limine, are hereby SEALED.

DATED this  5th  day of April, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

KORNFELD TRUDELL BOWEN                LAW OFFICE OF MICHAEL WITHEY
        & LINDQUIST, PLLC


/s/ Patrick A. Trudell                         /s/ Michael Withey
Patrick A. Trudell, WSBA #11363            Michael Withey, WSBA No. 4787
Attorney for Plaintiff                         Attorney for Plaintiff

Copy Received, Approved as to Form:

KEATING, BUCKLIN & McCORMACK, INC.


/s/ Shannon Ragonesi, email authorization
Shannon Ragonesi, WSBA #31951
Audrey Airut Murphy, WSBA #56833
Attorneys for Defendants

STIPULATION AND ORDER TO FILE EXHIBITS
UNDER SEAL - 3

KORNFELD TRUDELL BOWEN &
LINDQUIST, PLLC
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
425.822.2200 Telephone
425.822-0783 Fax

1
2
<u>CERTIFICATE OF MAILING</u>

3        I hereby certify under the penalty of perjury under the laws of the State of Washington

4   that on this day I delivered via mail, fax and/or legal messengers a copy of the foregoing

5   document for delivery to the following:

6
    Shannon M. Ragonesi
7   Audrey M. Airut Murphy
    Keating, Bucklin & McCormack, Inc.
8   801 Second Avenue, Suite 1210
    Seattle, WA  98104
9
10           DATED this 3rd day of April, 2023.

11                        KORNFELD TRUDELL BOWEN
                              & LINDQUIST, PLLC
12
13                        */s/ Barbara Faidley*

14                        _____
                          Barbara  Faidley
15
16
17
18
19
20
21
22
23
24
25
26
27
28
    STIPULATION AND ORDER TO FILE EXHIBITS
29  UNDER SEAL - 4

**KORNFELD TRUDELL BOWEN &
LINDQUIST, PLLC**
4055 Lake Washington Blvd NE, Suite 240
Kirkland, Washington 98033
425.822-2200 Telephone
425.822-0783 Fax