UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NYLYSHA STARVION BELAFON ARADON, CAREY ALLEN HAYES, A.H., a minor, A.L., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>SNOHOMISH COUNTY and its SNOHOMISH COUNTY SUPERIOR COURT, and the SNOHOMISH COUNTY VOLUNTEER GUARDIAN AD LITEM PROGRAM; SUSAN WALKER and JOHN DOE WALKER, individual and the marital community; KIRSTEN HAUGEN and JOHN DOE HAUGEN, individually and the marital community; and SARA DI VITTORIO and JOHN DOE DI VITTORIO, individually and the marital community,<br><br>Defendants. | Case No. C20-1665RSM<br><br>ORDER OF DISMISSAL |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and without costs to any party.

///

///

ORDER - 1

In the event the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within thirty (30) days of the date of this order. Any trial date and pretrial dates previously set are hereby VACATED.

IT IS SO ORDERED this 7th day of November, 2023.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2